IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number 1:12-cv-00172

| | |
|---|---|
| KIM VICTOR BEAL, Individually and as Executor of the Estate of DARRELL VICTOR BEAL, deceased,<br><br>Vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, Successor By Merger to Buffalo Pumps, Inc., et al. | **O R D E R** |

**IT APPEARING TO THE COURT** that this case is one in which the plaintiff seeks recovery of damages for alleged exposure to asbestos or asbestos-containing products and that it is an appropriate case for inclusion in the Coordinated Proceeding 'In re: Asbestos-Related Litigation, WDCP-83-1;'

**NOW, THEREFORE, IT IS ORDERED** that this case shall be included in the Coordinated Proceeding 'In re: Asbestos-Related Litigation, WDCP-83-1' and shall be governed by the provisions of the Initial Pre-Trial Order Coordinating Proceedings entered on March 16, 1983.

Signed: July 18, 2012

Frank G. Johns, Clerk
United States District Court