AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
For the Western District of North Carolina

| | |
|---|---|
| Kim Victor Beal, Executor of the Estate of Darrell Victor Beal, deceased.<br>      Plaintiff,<br><br>    v.<br><br>Air & Liquid Systems Corporation, Successor By Merger to Buffalo Pumps, Inc., et al.<br><br>      Defendants. | Civil Action No. 1:12-cv-00172<br><br><br><br>**SUMMONS** |

**Summons in a Civil Action**

To:
Frederick Stein, President of Oakfabco, Inc. f/k/a Kewanee Boiler Corp
1 Lincoln Center
Suite 1100
Oak Bridge Terrace, IL 60181

A lawsuit has been filed against you.

  Within **20** days after service of this summons on you (not counting the day you received it) – or **60** days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P 12(a)(2) or (3) – or **60 days** if you are named as a defendant within as asbestos litigation case – you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

  Mona Lisa Wallace, Esquire
  William M. Graham Esquire
  WALLACE & GRAHAM, P.A.
  525 North Main St.,
  Salisbury, NC 28144
  Tel. No. 704/633-5244

  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



_____
Frank G. Johns, Clerk
United States District Court

Date _____**7/31/2012**_____

_____

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place,  _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____        for travel and $_____     for services, for a total of $ 0.00_____

Date: _____

                                                                                                   _____
                                                                                                       Server's signature

                                                                                                 _____
                                                                                                  Printed name and title

                                                                                                 _____
                                                                                                    Server's address