# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:12-cv-00172-MR

| | | |
|---|---|---|
| KIM VICTOR BEAL, Individually and as Executor of the Estate of DARREL VICTOR BEAL, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Trane U.S. Inc. f/k/a American Standard, Inc. [Doc. 17].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 17] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Trane U.S. Inc. f/k/a American Standard, Inc. are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 4, 2014

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge