THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00172-MR

| | |
|---|---|
| KIM VICTOR BEAL, Individually ) <br> and as Executor of the Estate of ) <br> DARREL VICTOR BEAL, Deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> AIR & LIQUID SYSTEMS ) <br> CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Ingersoll Rand Company [Doc. 16].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 16] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Ingersoll Rand Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**    Signed: March 4, 2014

Martin Reidinger
United States District Judge