THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00172-MR

| | |
|---|---|
| KIM VICTOR BEAL, Individually and as Executor of the Estate of DARREL VICTOR BEAL, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Crane Co.'s motion for the admission of attorney Michael J. Sechler as counsel *pro hac vice*. [Doc. 20]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 20] is **ALLOWED**, and Michael J. Sechler is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**   Signed: March 8, 2014

Martin Reidinger
United States District Judge