# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00172-MR

| | |
|---|---|
| **KIM VICTOR BEAL, Individually** )<br>**and as Executor of the Estate of** )<br>**DARREL VICTOR BEAL, Deceased,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>)<br>**AIR & LIQUID SYSTEMS** )<br>**CORPORATION, et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Crane Co.'s motion for the admission of attorney James B. Insco II as counsel *pro hac vice*. [Doc. 25]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 25] is **ALLOWED**, and James B. Insco II is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**    Signed: April 4, 2014

Martin Reidinger
United States District Judge