THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00172-MR

| | |
|---|---|
| KIM VICTOR BEAL, Individually and as Executor of The Estate of Darrell Victor Beal, deceased, )<br>Plaintiff, )<br><br>vs. )<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al., )<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Crane Co.'s motion for the admission of attorney Gregory R. Youman as counsel *pro hac vice*. [Doc. 78]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the motion [Doc. 78] is **ALLOWED**, and Gregory R. Youman is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 8, 2014

Martin Reidinger
United States District Judge