IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-172-MR

| | |
|---|---|
| KIM VICTOR BEAL, )<br>Individually and as Executor of )<br>The Estate of Darrell Victor )<br>Beal, deceased, )<br>                Plaintiff, )<br>                )<br>     vs. )<br>                )<br>CRANE CO., )<br>                Defendant. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte* to conform the caption of this case to the remaining parties set for trial. It appearing to the Court that the initial caption of this case would be confusing to a jury in this matter, the Court concludes that the caption should be corrected.

**IT IS, THEREFORE, ORDERED,** that the caption of this case is hereby amended as reflected above and all future filings will incorporate the caption as set forth hereon.

**IT IS SO ORDERED.**

Signed: May 9, 2014

Martin Reidinger
United States District Judge